■ MARY PRESUTTI, as Administratrix of the Estate of SANTO D. LANOVARA, Deceased, Respondent, v DAVID SUSS, Appellant, et al., Defendant. (Appeal No. 2.) [678 NYS2d 757] —Order unanimously affirmed with costs. Same Memorandum as in *Presutti v Suss* ([appeal No. 1] 254 AD2d 785 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Polito,

J.—Vacate Order.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.